IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DREW FRANCIS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| | : | NO. 10-4300 |
| LEHIGH UNIVERSITY, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW,** this \_\_\_ day of March, 2013, upon consideration Defendant Lehigh University's Renewed Motion for Summary Judgment (Doc. 71), Plaintiff Drew Francis' Response in Opposition thereto (Doc. 72), and Defendant Lehigh University's Reply in Support of its Renewed Motion for Summary Judgment (Doc. 77), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED.**

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.D.J.